# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **GENE THROWER,** on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**GOODRX INC.,**<br><br>　　　　Defendant. | Civil Action No. 2:25-cv-962-ALM-CMV |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Gene Thrower ("Plaintiff") and Defendant GoodRx Inc. ("GoodRx"), by and through their undersigned counsel, herein jointly move this Court to extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint by 28-days, up to and including October 17, 2025. In support thereof, the parties respectfully state as follows:

1.　　Plaintiff filed his Complaint on August 25, 2025. (Dkt. 1). Plaintiff's Complaint brings one claim under the Telephone Consumer and Protection Act, 47 U.S.C. § 227(c)(5).

2.　　Plaintiff served GoodRx on August 29, and GoodRx's deadline to respond to Plaintiff's Complaint is currently September 19, 2025.

3.　　On September 11, counsel for both parties conferred and agreed to a 28-day extension of the answer deadline, up to and including October 17, 2025.

4.　　An extension is necessary and will promote judicial economy. GoodRx's counsel was recently retained and requires additional time to discuss and analyze the technical issues raised in the Complaint in order to formulate its defenses. In addition, the parties anticipate engaging in

settlement discussions and believe that the requested extension would facilitate these discussions. Accordingly, there is good cause for a 28-day extension of time, up to and including October 17, 2025 for GoodRx's deadline to respond to the Complaint.

5. This is the parties first request for an extension of time.

WHEREFORE, GoodRx respectfully requests that this Motion be granted, and that GoodRx be given until October 17, 2025 to respond to the complaint.

*   *   *

**Dated:** September 12, 2025

Respectfully submitted,

*/s/ Brian T. Giles (per email consent 9/12/2025)*
Brian T. Giles
Giles & Harper LLP
7247 Beechmont Ave.
Cincinnati, OH 45230
bgiles@gilesharper.com

*One of the Attorneys for Plaintiff Gene Thrower*

AND

*/s/ James R. Bedell*
James R. Bedell
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44144
jbedell@beneschlaw.com

*One of the Attorneys for Defendant GoodRx Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025 a copy of the foregoing *Joint Motion for Extension of Time* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ James R. Bedell*