UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **GENE THROWER,** on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**GOODRX INC.,**<br><br>      Defendant. | Civil Action No. 2:25-cv-962-ALM-CMV |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41.

RESPECTFULLY SUBMITTED AND DATED this October 16, 2025.

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Complaint                           1